KASHARE v. ROBBINS. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Isadore Kashare against Jacob Robbins. No opinion. Applica-

tion denied, with $10 costs. Order signed. See, also, 135 N. Y. Supp. 1041.